IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
            v.                    )     Criminal No. 15-154
                                  )
ERIC L. CROCKER                   )

POSITION OF THE GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

        AND NOW, comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and James T. Kitchen, Assistant United States Attorney for said District, and pursuant to Rule 32(C)(4) of the Local Rules of this Court, respectfully represents as follows:

        1.  The government received the presentence report for Eric L. Crocker, and subsequently conferred with the office of opposing counsel, W. Penn Hackney, Esquire, and Jeffrey A. Birt of the United States Probation Office regarding the contents of the presentence report.

        2.  Pursuant to the Sentencing Guidelines, the government hereby states that it has no objections, additions or modifications to the presentence report.


                            Respectfully submitted,

                            DAVID J. HICKTON
                            United States Attorney

                    By:  s/ James T. Kitchen
                            JAMES T. KITCHEN
                            Assistant U.S. Attorney
                            PA ID No. 308565
                            U.S. Attorney's Office
                            U.S. Post Office & Courthouse
                            700 Grant Street, Suite 4000
                            Pittsburgh, PA  15219
                            Office:  412-894-7402
                            Fax:  412-644-2645
                            Jimmy.Kitchen@usdoj.gov