# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   )
                           )
                           )
                   Plaintiff  )
              vs.          )        CR   15-154-1
ERIC L. CROCKER            )
                           )
                           )
                  Defendant  )


**HEARING ON**  Sentence

Before  Maurice B. Cohill, Jr.

Jimmy Kitchen, AUSA.                     W. Penn Hackney, AFPD


              Appear for Plaintiff                    Appear for Defendant


Hearing Begun:   5/5/16   2:10 p.m.          Court Reporter:  Sandy Wenger

Concluded:              2:30 p.m.             Law Clerk:   R. Williams

**Witnesses**

  Court finds the offense level is 15; criminal history is III; guideline range of 24-30 months' imprisonment; supervised release of 1 year; fine of $4,000 to $40,000 and a special assessment of $100.

Court sentences Defendant to 2 years of probation, with standard and special conditions of supervision. Fine is waived. Special assessment of $100.